# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRYAN DWYER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 19-2814 |
| v. | : | |
| | : | |
| NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 13th day of August, 2020, it is **ORDERED** that Defendant's Motion for Partial Summary Judgment (ECF No. 13) is **GRANTED**.  Plaintiff's claim for bad faith (Count II of his Complaint) is therefore **DISMISSED**.[1]


  __s/ANITA B. BRODY, J.__
  ANITA B. BRODY, J.


Copies **VIA ECF  08/13/2020**

---

[1] Defendant did not move for summary judgment on Counts I and III in Plaintiff's Complaint, for underinsured motorist coverage and breach of contract, respectively.  Those claims remain pending.